AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| NICHOLAS R. BEADLESTON | Case No.  10-po-00018-GJR |
| | USM No. |
| | Steve Laiche, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    One of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. § 42-2-101(1) | Operate Motor Vehicle without a Valid Drivers License | 05/29/2010 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| Total: $200.00 | $ 10.00 | $ 190.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  8631

Defendant's Year of Birth:  1971

City and State of Defendant's Residence:
Carbondale, CO 81623

07/12/2010
Date of Imposition of Judgment

*Gudrun J. Rice* (signature)
Signature of Judge

Gudrun J. Rice        Magistrate Judge
Name and Title of Judge

07/12/2010
Date